JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHESTER M. HUNT, JR., ) <br> LYNDA SUSAN HUNT, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> U.S. BANK, NATIONAL ) <br> ASSOCIATION, AS TRUSTEE ) <br> FOR THE HOLDERS OF MASTR ) <br> ADJUSTABLE RATE ) <br> MORTGAGES TRUST 2007-3, ) <br> et al., ) <br> ) <br> Defendants. ) <br> _____ | Case No. EDCV 12-01075 VAP (OPx) <br><br> **JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: November 27, 2012

                                              VIRGINIA A. PHILLIPS
                                              United States District Judge